# Exhibit D

DocuSign Envelope ID: 90D5A1E4-9D74-474A-BE24-863F1FE5E2A2

# AMENDMENT TO
# AGREEMENT NOT TO COMPETE

This Amendment to Agreement Not to Compete (this "***Amendment***") is entered into this 9th day of January 2023 by and between Andrew J. Mayer ("***Employee***") and Inland Pipe Rehabilitation LLC, a Michigan limited liability company (the "***Company***") (each, a "***Party***" and collectively, the "***Parties***"). Capitalized terms used but not defined herein shall have the meanings provided in the Agreement.

**WHEREAS**, the Parties entered into that certain Agreement Not To Compete, dated October 1, 2020 (the "***Agreement***"), pursuant to which, among other things, the Employee agreed to certain restrictive covenants in connection with the Employee's service to the Company; and

**WHEREAS**, the Parties now desire to amend the Agreement.

**NOW, THEREFORE,** in consideration of the mutual promises made herein, and effective as of the date hereof, the Parties hereby agree as follows:

1. ***Amendments.***

    a. Sections 1(b)(ii), 1(i)(i-ii) and 1(j) of the Agreement are hereby amended by replacing "one (1) year" with "eighteen (18) months".

    b. The following shall be added as the last sentence of Section 1(a):

    For purposes of this Agreement, references to the Employee's "employment" or being "employed" with the Company shall be deemed to mean the Employee's service to the Company in his capacity as an employee, contractor, consultant and/or agent.

2. ***No Other Amendments; Waiver of Rights***. Except as amended by this Amendment, the Agreement shall remain unmodified and in full force and effect.

3. ***Governing Law***. This Amendment shall be governed by and construed in accordance with the laws of the State of Florida, without regard for choice-of-law provisions. Employee consents to personal and exclusive jurisdiction and venue in the State of Florida.

4. ***Counterparts***. This Amendment may be executed in one or more counterparts (including by e-mail or other means of electronic transmission), all of which shall be considered one and the same agreement, and shall become effective when one or more such counterparts have been signed by each of the parties and delivered (including by e-mail or other means of electronic transmission) to the other parties.

*[Signature page follows]*

DocuSign Envelope ID: 90D5A1E4-9D74-474A-BE24-863F1FE5E2A2

**IN WITNESS WHEREOF**, the undersigned have executed this Amendment as of the date first above written.

**INLAND PIPE REHABILITATION LLC**

By: _____
Name: Glenn M. Shor
Title: President and Assistant Secretary


**EMPLOYEE**

_____
Andrew J. Mayer