# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PURIS LLC,

    Plaintiff,

v.

                                 Case No. 3:25-CV-157-TJC-PDB

ANDREW J. MAYER,

    Defendant.

## ORDER

This case is hereby **SET** for **HEARING** on PURIS LLC'S Motion for Temporary Restraining Order, Doc. 2, on **February 20, 2025,** at **11:00 AM** before the undersigned, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1]

A hearing on a motion for TRO can be held without notice. However, the Court prefers to conduct this hearing with Defendant represented, but counsel for Defendant has not yet been identified. Accordingly, counsel for Plaintiff is directed to forthwith share this Order with Dennis L. Blackburn, counsel who had previously represented Defendant, and Josh Zuckerberg, counsel for Crown

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

Electrokinetics Corp., in the hope they will facilitate an appearance by Defendant's counsel at the TRO hearing. Counsel for Defendant is invited to file a Notice of Appearance in advance of the hearing.

**DATED** this 14th day of February, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies to:

Counsel of record