# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PURIS LLC,

    Plaintiff,                                  Case No. 3-25-CV-157-TJC-PDB

v.

ANDREW J. MAYER,

    Defendant.

_____

## NOTICE OF FILING DECLARATION OF ANDREW J. MAYER

COMES NOW the Defendant, Andrew J. Mayer, by and through his undersigned counsel, and hereby gives notice of filing the attached Declaration of Andrew J. Mayer, filed on February 19, 2025.

                                                                   */s/ C. Ryan Maloney*
                                                                   **C. Ryan Maloney**
                                                                   Florida Bar No. 652903
                                                                   **Jeffrey S. York**
                                                                   Florida Bar No. 987069
                                                                   **John P. Whelan**
                                                                   Florida Bar No. 1058589
                                                                   **SHUTTS & BOWEN LLP**
                                                                   1000 Riverside Avenue, Suite 800
                                                                   Jacksonville, FL 32204
                                                                   Telephone: 904-899-9926
                                                                   rmaloney@shutts.com
                                                                   jyork@shutts.com
                                                                   jwhelan@shutts.com
                                                                   ldurham@shutts.com
                                                                   *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing document has been furnished to the below recipient(s) via the CM/ECF system on this 19th day of February, 2025.

| | |
|---|---|
| William K. Hill, Esquire<br>Lauren V. Purdy, Esquire<br>Rebecca Maturo, Esquire<br>Gunster, Yoakley & Stewart, P.A.<br>1 Independent Drive, Suite 2300<br>Jacksonville, FL 32202<br>whill@gunster.com<br>lpurdy@gunster.com<br>*Attorneys for Plaintiff* | Thad Behrens, Esquire<br>Jacob Fields, Esquire<br>Danielle Canfield Vorbrodt, Esquire<br>Allen Overy Shearman<br>Sterling US LLP<br>2601 Olive Street, 17th Floor<br>Dallas, TX  75201<br>thad.behrens@aoshearman.com<br>jacob.fields@aoshearman.com<br>danni.vorbrodt@aoshearman.com<br>*Attorneys for Plaintiff* |

                          */s/ C. Ryan Maloney*
                          Attorney