## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| PURIS LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>ANDREW J. MAYER,<br><br>   *Defendant*. | Case No. 3:25-cv-00157-TJC-PDB |

**PLAINTIFF PURIS LLC'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

     ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

     ☐ The filer has no parent corporation.

     ☒ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐     No.

☒     Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

> PURIS LLC is a Michigan limited liability company with its principal place of business at 8686 New Trails Drive, Suite 115, The Woodlands, Texas 77381.
>
> PURIS's sole member is IPR AcquisitionCo, Inc., a Delaware Corporation with its principal place of business in Texas.

a.     Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☐     No.

☒     Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.     Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒     No.

☐     Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.     Is the filer an insurer?

☒     No.

☐     Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☒    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☐    No.

        ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ☒    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

    ☐    No.

    ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

        - PURIS LLC (Plaintiff)

    - IPR AcquisitionCo, Inc. (Plaintiff's sole Managing Member)
    - Murphy Pipeline Contractors, LLC (Plaintiff's subsidiary)
    - William K. Hill, Esq.; Lauren V. Purdy, Rebecca Maturo, Esq.; Gunster, Yoakley & Stewart, P.A. (Counsel for Plaintiff)
    - Thad Behrens, Esq.; Jacob Fields, Esq.; Danielle Canfield Vorbrodt, Esq.; Allen Overy Shearman US LLP (Outside Counsel for Plaintiff)
    - Andrew J. Mayer (Defendant)
    - Crown Electrokinetics Corp. (Defendant's employer)
    - C. Ryan Maloney, Esq.; Jeffrey S. York, Esq.; John P. Whelan, Esq.; Shutts & Bowen LLP (Counsel for Defendant)

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

    ☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒    No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.

    ☐    Yes, and these persons are arguably eligible for restitution: [].

7.  Is there an additional entity likely to actively participate in this action?

    ☒  No.

    ☐  Yes, and this is the entity: [].

8.  Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒  Yes.

Dated: February 19, 2025

Respectfully Submitted,

GUNSTER, YOAKLEY & STEWART, P.A.

*/s/ Lauren V. Purdy*
William K. Hill
Florida Bar Number 747180
Lauren V. Purdy
Florida Bar Number 93943
Rebecca Maturo
Florida Bar Number 1049429
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone (904) 354-1980
whill@gunster.com
lpurdy@gunster.com
rmaturo@gunster.com

ALLEN OVERY SHEARMAN STERLING US LLP

Thad Behrens
(*pro hac vice*)
Jacob Fields
(*pro hac vice*)
Danielle Canfield Vorbrodt
(*pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, Texas 75201
Telephone: (214) 271-5777
thad.behrens@aoshearman.com
jacob.fields@aoshearman.com
danni.vorbrodt@aoshearman.com

*Attorneys for Plaintiff PURIS LLC*

6