# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PURIS LLC,

    Plaintiff,

v.

Case No. 3:25-CV-157-TJC-PDB

ANDREW J. MAYER,

    Defendant.

## ORDER

This case was before the Court for a hearing on PURIS LLC'S Motion for Temporary Restraining Order, Doc. 2, the record of which is incorporated by reference. As announced at the hearing on February 20, 2025, and for the reasons stated in the record, it is hereby

**ORDERED:**

1. PURIS LLC'S Motion for Temporary Restraining Order, Doc. 2, is **DENIED**.

2. The Parties are directed to file a status report no later than **February 28, 2025,** to address a plan for expedited discovery and a hearing date (or possible dates) on PURIS LLC's Motion for Preliminary Injunction, Doc. 2.

**DONE AND ORDERED** this 20th day of February, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies to:

Counsel of record