# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| PURIS LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>ANDREW J. MAYER,<br><br>    *Defendant.* | Case No. 3:25-cv-00157-TJC-PDB |

## STIPULATED ORDER GRANTING PRELIMINARY INJUNCTION

This matter came before the Court on the stipulation of Defendant Andrew J. Mayer ("Defendant" or "Mayer"), and Plaintiff PURIS LLC ("Plaintiff" or "PURIS") to the entry of a preliminary injunction enjoining Defendant from violating the restrictive covenants in the Agreement Not to Compete entered into between Plaintiff and Defendant on October 1, 2020, as amended (the "Agreement") in order to resolve Plaintiff's Motion for Preliminary Injunction (Doc. 2) ("Motion"), and to permit the Court to cancel the hearing on the Motion scheduled for April 22, 2025, and the related expedited discovery set forth in the Joint Status Report from the parties (Doc. 26). Upon the stipulation of the parties, and being otherwise fully informed in the premises,

# THE COURT HEREBY FINDS AS FOLLOWS:

1. This Court has jurisdiction over the subject matter of this case, and jurisdiction over all the parties to this action, and venue in this district is proper;

2. Defendant and Plaintiff have stipulated to the entry of the injunctive relief as set forth herein, and this preliminary injunction is being issued upon the stipulation of the Plaintiff and Defendant, and Defendant has agreed to waive: (1) the necessity for Plaintiff to demonstrate a substantial likelihood of success on the merits; (2) the necessity for Plaintiff to demonstrate that Plaintiff will suffer immediate and continuing irreparable harm absent the entry of a preliminary injunction; and (3) the requirement for Plaintiff to post a bond. Otherwise, neither Plaintiff nor Defendant waive any claims or defenses by stipulating to this preliminary injunction, including without limitation, regarding the scope, meaning or effect of the Agreement Not to Compete;

3. Plaintiff and Defendant stipulate that there is good cause to believe that this preliminary injunction is in the public interest, and no private interest of Defendant has been shown to outweigh the public interest. Accordingly, it is hereby:

**ORDERED:**

1. That Defendant Andrew J. Mayer and any other persons or entities acting in concert or participation with Mayer (including through the provision or acceptance of any financial support and/or investment), including without limitation any such active concert or participation by Crown Electrokinetics Corp., PE Pipelines, Inc., PE Pipelines, LLC, Element 82, Inc., L&O Contractors LLC, CMG Pipelines, Inc., CMG Pipelines XXL Inc., David Kinsella, Carmelo Gutierrez, and Lauren Romero, is and are hereby restrained and enjoined from:

   a. directly or indirectly entering into or engaging in any business with any person or entity that competes with PURIS or Murphy Pipeline Contractors, LLC ("MPC") in the provision of trenchless pipe rehabilitation solutions and technology to the municipal wastewater and water markets, which shall, solely for purposes of this Order, and not for any other purpose whatsoever, be interpreted to include HDPE pipelines of any diameter, lead pipe replacement, and lead detection services, within fifty (50) miles of the locations identified in <u>Exhibit 1</u> (the "Restricted Territory");

b. directly or indirectly soliciting customers, business, patronage or orders for, or sell, any products or services in competition with, or for any business that competes with the business of PURIS or MPC in the provision of trenchless pipe rehabilitation solutions and technology to the municipal wastewater and water markets, which shall, solely for purposes of this Order, and not for any other purpose whatsoever, be interpreted to include HDPE pipelines of any diameter, lead pipe replacement, and lead detection services, within the Restricted Territory;

c. directly or indirectly diverting, enticing or otherwise taking away any customers, business, patronage or orders of PURIS or MPC within the Restricted Territory, or attempting to do so; or

d. directly or indirectly promoting or assisting, financially or otherwise, any person, firm, association, partnership, corporation or other entity engaged in any business which competes with the business of PURIS or MPC in the provision of trenchless pipe rehabilitation solutions and technology to the municipal wastewater and water markets, which shall, solely for purposes of this Order, and not for any other purpose whatsoever, be interpreted to include HDPE pipelines of any

diameter, lead pipe replacement, and lead detection services, within the Restricted Territory.

2. That Defendant Andrew J. Mayer and any other persons or entities acting in concert or participation with Mayer (including through the provision or acceptance of any financial support and/or investment), including without limitation any such active concert or participation by Crown Electrokinetics Corp., PE Pipelines, Inc., PE Pipelines, LLC, Element 82, Inc., L&O Contractors LLC, CMG Pipelines, Inc., CMG Pipelines XXL Inc., David Kinsella, Carmelo Gutierrez, and Lauren Romero, is and are hereby restrained and enjoined from directly or indirectly attempting to disrupt, damage, impair or interfere with the business of PURIS by raiding any of PURIS or MPC's employees or soliciting any PURIS or MPC employees to resign from their employment with PURIS or MPC, or otherwise disrupting the relationship between PURIS or MPC and any of their consultants, agents, representatives or vendors.

3. That Defendant Andrew J. Mayer and any other persons or entities acting in concert or participation with Mayer (including through the provision or acceptance of any financial support and/or investment), including without limitation any such active concert or participation by Crown Electrokinetics Corp., PE Pipelines, Inc., PE Pipelines, LLC, Element

82, Inc., L&O Contractors LLC, CMG Pipelines, Inc., CMG Pipelines XXL Inc., David Kinsella, Carmelo Gutierrez, and Lauren Romero, is and are hereby restrained and enjoined from retaining, using, or disclosing any of PURIS's or MPC's Confidential Information, as defined in Section 1(h) of the Agreement.

4. That within five (5) days of the entry of this Order, Crown Electrokinetics Corp. shall certify, on behalf of itself and all of its affiliates, the following:

    a. Neither Crown nor any of its affiliates currently employ any former employee of PURIS or MPC who was solicited directly or indirectly by Mayer to work for Crown or any of its affiliates.

    b. During the period in which Mayer was employed by Crown, neither Crown nor any of its affiliates entered into any contract for the provision of trenchless pipe rehabilitation solutions and technology to the municipal wastewater and water markets, which shall, solely for purposes of this Order and for no other purpose whatsoever, be interpreted to include HDPE pipelines of any diameter, lead pipe replacement, and lead detection services, within the Restricted Territory.

5. Within five (5) days of the entry of this Order, Defendant shall provide notice and a copy of this Order to each of the following: Crown Electrokinetics Corp., PE Pipelines, Inc., PE Pipelines, LLC, Element 82, Inc., L&O Contractors LLC, CMG Pipelines, Inc., CMG Pipelines XXL Inc., David Kinsella, Carmelo Gutierrez, and Lauren Romero.

6. The hearing on the Motion scheduled for April 22, 2025, and the related expedited discovery set forth in the Joint Status Report from the parties, are hereby cancelled.

7. The restrictions in this Order shall remain in effect for the period of the earlier of, eighteen (18) months from March 25, 2025, or the conclusion of this pending lawsuit by settlement or judgment, unless otherwise modified by the Court.

SO ORDERED:

_____
Timothy J. Corrigan
United States District Judge

DATED: April 16, 2025.

# Exhibit 1

**Alabama:**

Birmingham
Camp Hill
Decatur
Montgomery
Mobile
Tuscaloosa

**Alaska:**

Aleutian Islands

**Arkansas:**

Little Rock
North Little Rock
Texarkana

**California:**

Carson
Compton
Inglewood
Los Angeles
Metropolitan Water District of Southern California
Modesto
Oceanside
San Bernardino
San Diego

**Colorado:**

| | | |
|---|---|---|
| Aspen | Englewood | Lone Tree |
| Aurora | Evergreen | Morrison |
| Bancroft-Clover | Fountain | Niwot |
| Boulder | Ft. Collins | Parker |
| Breckenridge | Golden | Pleasant View |
| Castle Rock | Greenwood Village | Pueblo |
| CDOT | Havana | Sedalia |
| Centennial | Hillcrest | Silverton |
| Cherry Hills Village | Jefferson County | Vail |
| Colorado Springs | Lakehurst | Westminster |
| Denver | Lakewood | Willowbrook |
| Durango | Littleton | Windsor |

**Connecticut:**

Enfield
Hartford
Simsbury
Southington
Waterbury

**Delaware:**

Clayton
New Castle County
Wilmington

**District of Columbia:**

Washington

**Florida:**

- Alliance Residential Builders
- Altamonte Springs
- Apopka
- Auburndale
- Aventura
- Bal Harbour
- Boca Grande
- Boynton Beach
- Bradenton
- Casselberry
- Chipley
- Clearwater
- Clermont
- Cocoa
- Coral Gables
- Davie
- Daytona Beach
- Debary
- Deltona
- Feather Sound
- Fernandina
- Florida Keys
- Fort Lauderdale
- Ft Myers
- Ft. Lauderdale
- Ft. Meade
- Green Cove Springs
- Hialeah
- Hillsborough County
- Holly Hill
- Hollywood
- Homestead
- Jacksonville
- Jupiter
- Key Largo
- Lakeland
- Largo
- Lauderhill
- Longboat Key
- Longwood
- Loxahatchee
- Manatee County
- Margate
- Merrit Island
- Merritt Island
- Miami
- Middleburg
- Milton
- Miramar
- N Jacksonville
- New Port Richey
- North Lauderdale
- North Miami Beach
- North Palm Beach
- North Port
- Oakland Park
- Ocoee
- Orange City
- Orange County
- Orange Park
- Orlando
- Ormond Beach
- Oviedo
- Palm Bay
- Palm Beach Gardens
- Palm Harbor
- Palmetto
- Panama City
- Panama City Beach
- Pembroke Pines
- Pinellas Park
- Plantation
- Pompano Beach
- Port St Lucie
- Rockledge
- Sanford
- Sarasota
- Satellite Beach
- Sebring
- Seminole
- St. Augustine
- St. Augustine Beach
- St. Petersburg
- Stuart
- Sunny Isles Beach
- Sunrise
- Tallahassee
- Tampa
- Tarpon Springs
- Tequesta
- Town of Lake Placid
- TOHO Water
- Venice
- Vero Beach
- West Palm Beach
- Weston
- Wildwood
- Wilton Manors
- Windermere
- Winter Park

**Georgia:**

| | | | |
|---|---|---|---|
| Acworth | Dacula | Jonesboro | Sandy Springs |
| Albany | Decatur | Lawrenceville | Snellville |
| Alpharetta | Dekalb County | Lilburn | Social Circle |
| Ashburn | Doraville | Lithonia | Stockbridge |
| Atlanta | Duluth | Loganville | Stone Mountain |
| Brookhaven | Dunwoody | Marietta | Stonecrest |
| Buford | Fairburn | Newnan | Sugar Hill |
| Cave Springs | Forest Park | Norcross | Suwanee |
| Columbus | Gray | Peachtree City | Tucker |
| Conley | Gwinnett County | Powder Springs | |
| Conyers | Hampton | Rockdale County | |
| Covington | Johns Creek | Roswell | |

**Illinois:**

| | |
|---|---|
| Brookfield | Joliet |
| Chicago | Maywood |
| Downers Grove | Mount Prospect |
| Elgin | MWRD |
| Freemont | North Chicago |
| Hoffman Estates | Schaumburg |
| INDOT | Winnetka |

**Indiana:**

| | | | |
|---|---|---|---|
| Angola | Frankfort | Martinsville | Rolling Prairie |
| Auburn | Fremont | Middletown | Russellville |
| Batesville | Ft. Wayne | Mishawaka | Seymour |
| Bedford | Goshen | Monrovia | South Bend |
| Bloomington | Grand Rapids | Mooresville | Spencer |
| Bluffton | Greenwood | Muncie | Valparaiso |
| Brownstown | Hammond | Nashville | Veedersburg |
| Carlisle | Huntington | New Haven | Warren |
| Chesterton | Indianapolis | Newburgh | Warsaw |
| Clay City | Jasper | Noblesville | Westfield |
| Dubois | Lafayette | North Vernon | Portage |
| Evansville | Leavenworth | Rensselaer | Terre Haute |

**Iowa:**

Cedar Rapids
Davenport
Sioux City

**Kentucky:**

| | |
|---|---|
| Bowling Green | Gilbertsville |
| Cadiz | Hawesville |
| Florence | Jefferson County |
| Franklin | Louisville |
| Ft. Knox | Morganfield |

**Louisiana:**

| | |
|---|---|
| Bossier City | Lutcher |
| Jefferson Parish | New Orleans |
| LADOTD | Rayne |
| Lafayette | Shreveport |
| Lake Charles | Westwego |

**Maine:**

Augusta
Westbrook

**Maryland:**

| | | |
|---|---|---|
| Baltimore | Ft. Washington | Riverdale |
| Birmingham | Gaithersburg | Rockville |
| Brandywine | Greenbelt | Silver Spring |
| Burtonsville | Laurel | Temple Hills |
| Charles County | Middle River | Towson |
| College Park | Poolesville | Waldorf |
| Curtis Bay | Prince George County | Frederick County |

**Massachusetts:**

Boston
Cambridge
Fall River
Haverhill
Holyoke
Springfield

**Michigan:**

| | | | |
|---|---|---|---|
| Algonac | Escanaba | Lincoln Park | Romulus |
| Allen Park | Farmington Hills | Livonia | Royal Oak |
| Almont | Flat Rock | Macomb Township | Saline |
| Ann Arbor | Flint | Madison Heights | Southfield |
| | | | Southgate |
| Auburn Hills | Franklin | Marysville | St. Clair Shores |
| Battle Creek | Fraser | Melvindale | Swartz Creek |
| Bay City | Garden City | Monroe | Temperance |
| Berkley | Gibraltar | New Boston | Township of Independence |
| Beverly Hills | Grand Blanc | Northville | Troy |
| Birmingham | Gross Pointe Farms | Novi | Village Of Dundee |
| Bloomfield Hills | Grosse Ile | Orion Township | Village Of Grosse Point Shores |
| Bloomfield Township | Grosse Ile Township | Ovid | Wales Township |
| Brownstown | Grosse Pointe | Oxford | Warren |
| Buena Vista Township | Grosse Pointe Farms | Paw Paw | Waterford |
| Canton | Hamtramck | Perry | Wayne |
| Carleton | Harrisville | Pleasant Ridge | West Bloomfield |
| Coldwater | Hazel Park | Pontiac | Westland |
| Dearborn | Highland Park | Portage (Kalamazoo) | Wyandotte |
| Dearborn Heights | Holland | Redford Township | Yspilanti |
| Dacksonville | Inkster | Riverview | |
| Detroit | Jackson | River Rouge | |
| Dexter | Lansing | Rochester | |
| Eastpointe | Lapeer | Rochester Hills | |

**Minnesota:**

| | |
|---|---|
| Eagan | Minneapolis |
| East Grand Forks | Rochester |
| Edina | Sait Paul |
| Eveleth | St. Paul |
| Kellogg | Stillwater |
| Maplewood | Welcome |

**Mississippi:**

Gulfport/Biloxi
Jackson

**Missouri:**

Clark County
Ft. Leonard Wood

**Nebraska:**

Lincoln
Omaha

**New Hampshire:**

Concord

**New Jersey:**

Livingston

**New York:**

Buffalo
Syracuse

**North Carolina:**

| | |
|---|---|
| Belmont | Monroe |
| Chapel Hill | Mooresville |
| Charlotte | Morrisville |
| Cornelius | Pittsboro |
| Ft. Bragg | Raleigh |
| Gastonia | Southern Pines |
| Greenville | Statesville |
| Hickory | West Jefferson |
| Huntersville | Winston Salem |
| Lexington | Winterville |
| Matthews | NCDOT |

**North Dakota:**

Bismarck
Sioux Falls

**Ohio:**

| | | |
|---|---|---|
| Akron | Greenville | Solon |
| Bowling Green | Jeffersonville | Sylvania |
| Brunswick | Lebanon | Toledo |
| Caldwell | Maumee | Upper Arlington |
| Canton | Middletown | Wright Patterson AFB |
| Cincinnati | Montpelier | Zanesville |
| Cleveland | Norwalk | |
| Columbus | ODOT | |
| Franklin | Quaker City | |
| Fremont | Reynoldsburg | |

**Oklahoma:**

Oklahoma City
Tulsa

**Pennsylvania:**

Borough Of State College
Harrisburg
Harvey's Lake
Lancaster
Upper Darby

**Rhode Island:**

Providence
Warwick

**South Carolina:**

| | |
|---|---|
| Anderson | North Augusta |
| Bamberg | Ridgeland |
| Charleston | Rock Hill |
| Columbia | Saluda |
| Greenville | Spartanburg |
| Laurens | Union |
| Marietta | |

**Tennessee:**

| | |
|---|---|
| Chattanooga | Huntsville |
| Bolivar | Knoxville |
| Dresden | Loudon |
| Dyersburg | Nashville |
| Germantown | Rocky Top |
| Grand Junction | South Pittsburg |
| Hamilton County | Woodlands Mills |
| Humboldt | |

**Texas:**

| | | | |
|---|---|---|---|
| Abilene | Grapevine | Liberty | Roundrock |
| Alvarado | Gulf Coast Water Authority | Midland | San Antonio |
| Arlington | Harris County | Mission | San Jacinto River Authority |
| Austin | Houston | Montgomery | Spring |
| Beaumont | Hurst | Murphy | Sugar Land |
| Castroville | Irving | New Braunfels | Texas Ave |
| College Station | Katy | Odessa | Tyler |
| Corpus Christi | Kingsville | Pecan Grove | |
| Dallas | Kingwood | Port Arthur | |
| El Paso | La Porte | Portland | |
| Friendswood | Lafayette | Richmond | |
| Ft. Worth | Laredo | Rockport | |

**Utah:**

| | |
|---|---|
| Highland City | Sacksonville |
| Holladay | Salt Lake City |
| North Ogden | Sandy |
| Park City | Spanish Fork |
| Riverton | St. George |

**Virginia:**

Arlington County
Fairfax
Falls Church
Richmond
West Falls Church

**Vermont:**

Burlington

**West Virginia:**

Friendly

**Wyoming:**

Rock Springs

**Lead Funnel:**

| | | |
|---|---|---|
| Baltimore, MD | Detroit, MI | Philadelphia, PA |
| Carson, CA | Elgin, IL | Pittsburgh, PA |
| Chicago, IL | Inglewood, CA | Providence, RI |
| Cincinnati, OH | Los Angeles, CA | South Haven, MI |
| Cleveland, OH | Missouri American Water | Toledo, OH |
| Columbus, OH | Nashville, TN | Wayne, MI |
| Compton, CA | New Jersey, NJ | Wilmington, DE |
| DC Water | New Orleans, LA | |