UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PURIS LLC,

    *Plaintiff*,

v.

ANDREW J. MAYER,

    *Defendant*.

Case No. 3:25-cv-00157-TJC-PDB

## JOINT STATUS REPORT

Pursuant to the Stipulated Order Granting Preliminary Injunction (Doc. 42), entered by the Court on April 16, 2025, Plaintiff PURIS, LLC ("PURIS"), and Defendant Andrew J. Mayer ("Mayer" and, together with PURIS, the "Parties"), through their undersigned counsel, file this Joint Status Report. The Parties state as follows:

1. PURIS filed this lawsuit against Mayer on February 12, 2025 (Doc. 1), seeking temporary and permanent injunctive relief and damages. Thereafter, the Parties engaged in expedited discovery and subsequently agreed to entry of a stipulated preliminary injunction. *See* Docs. 26, 38. The Court signed and entered the stipulated preliminary injunction on April 16, 2025, and ordered the Parties to file a status report by May 16, 2025, indicating whether the case would proceed. Doc. 42.

2. The Parties have agreed to participate in a mediation, which is scheduled to proceed on June 25, 2025.

3. In the event mediation is not successful, the Parties have agreed pursuant to Fed. R. Civ. P. 15(a)(2), and would respectfully propose to the Court, that: (1) PURIS will file an amended complaint, which shall be due no later than ten days from the close of mediation; and (2) Mayer will answer or otherwise respond to the amended complaint within 30 days from the date the amended complaint is filed.

DATED: May 16, 2025

Respectfully submitted,

*Counsel for Plaintiff*

*/s/ Thad Behrens*
Thad Behrens (*Pro hac vice*)
Jacob Fields (*Pro hac vice*)
Danielle Canfield Vorbrodt
(*Pro hac vice*)
**Allen Overy**
**Shearman Sterling LLP**
2601 Olive Street, 17th Floor
Dallas, TX  75201
thad.behrens@aoshearman.com
jacob.fields@aoshearman.com
danni.vorbrodt@aoshearman.com

and

William K. Hill
Florida Bar. No. 747180
Lauren V. Purdy
Florida Bar. No. 93943
Rebecca Maturo
Florida Bar. No. 1049429
**Gunster, Yoakley**
**& Stewart, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
whill@gunster.com
lpurdy@gunster.com
rmaturo@gunster.com

*Counsel for Defendant*

*/s/ C. Ryan Maloney*
C. Ryan Maloney
Florida Bar No. 652903
Jeffrey S. York
Florida Bar No. 987069
John P. Whelan
Florida Bar No. 1058589
Noah M. Rust
Florida Bar No. 1059259
**SHUTTS & BOWEN LLP**
1000 Riverside Avenue, Suite 800
Jacksonville, FL 32204
Telephone: 904-899-9926
rmaloney@shutts.com
jyork@shutts.com
jwhelan@shutts.com
nrust@shutts.com

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2025, the foregoing document was electronically filed and served on all parties' counsel of record via the Court's CM/ECF system.

*/s/ Jacob Fields*

Attorney for Plaintiff