**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PURIS LLC,

    Plaintiff,

v.

Case No. 3:25-cv-157-TJC-PDB

ANDREW J. MAYER,

    Defendant.

## O R D E R

**THIS CASE** is before the Court on the Motion of Nonparties CMG Pipelines, Inc., and Carmelo Gutierrez, for Relief from Stipulated Order Granting Preliminary Injunction, Doc. 46. If the Court had been made aware at the time it entered the preliminary injunction that these nonparties would object, it would not have entered it without notice to them and an opportunity to be heard.

Accordingly, it is hereby

**ORDERED:**

1. The Motion of Nonparties CMG Pipelines, Inc., and Carmelo Gutierrez, for Relief from Stipulated Order Granting Preliminary Injunction, Doc. 46, is **GRANTED**. The preliminary injunction, Doc. 42, is **VACATED** as to CMG Pipelines, Inc., and Carmelo Gutierrez

only.

2. If there is a legal and factual basis to do so, any party may file a motion requesting reinstatement of the Stipulated Order Granting Preliminary Injunction as to these nonparties **no later than June 10, 2025**. The movant nonparties may file a response **no later than June 24, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida the 28th day of May, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record