# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| PURIS LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>ANDREW J. MAYER,<br><br>  *Defendant*. | Case No. 3:25-cv-00157-TJC-PDB |

## JOINT STATUS REPORT & STIPULATED PROPOSED SCHEDULE REGARDING AMENDED COMPLAINT

Pursuant to the Endorsed Order (Doc. 45), entered by the Court on May 19, 2025, Plaintiff PURIS, LLC ("PURIS") and Defendant Andrew J. Mayer ("Mayer" and, together with PURIS, the "Parties"), through their undersigned counsel, file this Joint Status Report. The Parties state as follows:

  1. On May 16, 2025, the Parties filed a Joint Status Report advising the Court that the Parties had agreed to participate in mediation. Doc. 44. On May 19, 2025, the Court entered the Endorsed Order directing the parties to file a status report, no later than June 30, 2025, regarding the outcome of the mediation. Doc. 45.

2. On June 25, 2025, the Parties participated in a mediation. Despite good-faith efforts, the mediation was not successful in resolving the dispute.

3. Accordingly, as previously agreed by the Parties in their Joint Status Report filed on May 16, 2025 (Doc. 44), the Parties respectfully propose to the Court the following process and schedule for the filing of an Amended Complaint and any response thereto:

    a. Mayer should not be required to answer or respond to the original complaint (Doc. 1);

    b. PURIS will file an amended complaint on or before July 7, 2025; and

    c. Mayer will answer or otherwise respond to the amended complaint by no later than August 6, 2025.

    d. If Mayer files a motion to dismiss the amended complaint, PURIS will file its opposition by no later than September 8, 2025.

DATED: June 30, 2025

Respectfully submitted,

*Counsel for Plaintiff*                *Counsel for Defendant*

*/s/ Thad Behrens*                     */s/ C. Ryan Maloney*
Thad Behrens (*Pro hac vice*)          C. Ryan Maloney
Jacob Fields (*Pro hac vice*)          Florida Bar No. 652903
Danielle Canfield Vorbrodt             John P. Whelan
(*Pro hac vice*)                       Florida Bar No. 1058589
**Allen Overy**                        Noah M. Rust
**Shearman Sterling LLP**              Florida Bar No. 1059259
2601 Olive Street, 17th Floor          **SHUTTS & BOWEN LLP**
Dallas, TX 75201                       1000 Riverside Avenue, Suite 800
thad.behrens@aoshearman.com            Jacksonville, FL 32204
jacob.fields@aoshearman.com            Telephone: 904-899-9926
danni.vorbrodt@aoshearman.com          rmaloney@shutts.com
                                       jwhelan@shutts.com
and                                    nrust@shutts.com

William K. Hill
Florida Bar. No. 747180
Lauren V. Purdy
Florida Bar. No. 93943
Rebecca Maturo
Florida Bar. No. 1049429
**Gunster, Yoakley**
**& Stewart, P.A.**
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
whill@gunster.com
lpurdy@gunster.com
rmaturo@gunster.com

CERTIFICATE OF SERVICE

  I hereby certify that on the 30th day of June, 2025, the foregoing document was electronically filed and served on all parties' counsel of record via the Court's CM/ECF system.

           */s/ Thad Behrens*
           Thad Behrens
           Attorney for Plaintiff