UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PURIS LLC and MURPHY
PIPELINE CONTRACTORS, LLC

    Plaintiffs,

v.

ANDREW J. MAYER, *et. al.*,

    Defendants.

Case No. 3-25-CV-157-TJC-PDB

## **NOTICE OF APPEARANCE**

Please take a notice that pursuant to Local Rule 2.02, Aliette D. Rodz, Tarmo Jõeveer, and Giancarlo Cueto, attorneys with the law firm Shutts & Bowen LLP, enter their appearance of counsel for Defendant, ANDREW J. MAYER, as additional counsel, joining existing counsel of record in the above-styled case. Service of all pleadings, filings, and correspondence should be furnished on the undersigned attorneys.

Dated: July 15, 2025.

Respectfully submitted,

*/s/ Aliette D. Rodz*
Aliette D. Rodz
Florida Bar No. 173592
Tarmo Jõeveer
Florida Bar No. 1040651
Giancarlo Cueto
Florida Bar No. 1031979
Shutts & Bowen LLP

200 S. Biscayne Boulevard
Suite 4100
Miami, FL 33131
Telephone: (305) 358-6300
arodz@shutts.com
tjoeveer@shutts.com
gcueto@shutts.com
IALPG_Service@shutts.com

C. Ryan Maloney
Florida Bar No. 652903
John P. Whelan
Florida Bar No. 1058589
Shutts & Bowen LLP
1000 Riverside Avenue
Suite 800
Jacksonville, FL 32204
Telephone: (904) 899-9926
rmaloney@shutts.com
jwhelan@shutts.com
ldurham@shutts.com
*Attorneys for Defendant Mayer*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2025, the foregoing document has been electronically filed via the Court's CM/ECF system, which constitutes service on all counsel of record.

/s/ Aliette D. Rodz
    Aliette D. Rodz