**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| PURIS LLC AND MURPHY PIPELINE CONTRACTORS, LLC,  *Plaintiffs*,  v.  ANDREW J. MAYER *et al.*,  *Defendants*. | Case No. 3:25-cv-00157-TJC-PDB |

**JOINT MOTION TO EXTEND DEADLINES
RELATED TO THE FIRST AMENDED COMPLAINT**

Plaintiffs PURIS LLC and Murphy Pipeline Contractors, LLC (together, "Plaintiffs") along with Defendants Andrew J. Mayer, CMG Pipelines, Inc., Carmelo Gutierrez, David Kinsella, PE Pipelines, LLC, Element 82, LLC, Yellow Iron of America, LLC, Crown Electrokinetics Corp., Doug Croxall, PE Pipelines, Inc., Element 82, Inc., Lauren Romero, Odra Romero, L&O Contractors LLC, Ernie Brown, and MHE Consulting & Construction Management (d/b/a "3B Plumbing") (collectively, the "Moving Defendants"[1], and together with the Plaintiffs, the "Moving Parties") file this Joint Motion and respectfully request that the Court

---

[1] Defendants Todd Grafenauer and Michael Pisch have been served with the First Amended Complaint but do not join this motion. Plaintiffs' counsel conferred with Mr. Grafenauer's counsel about a deadline extension and reached an agreement in principle, but were unable to secure his agreement to join the instant motion. Plaintiffs would not oppose any forthcoming motion by Grafenauer to join the schedule proposed by the Moving Parties. Mr. Pisch has not yet made contact with Plaintiffs.

enter an order approving the consolidated deadlines as described below. In support, the Moving Parties would show:

1. On July 7, 2025, Plaintiffs filed the First Amended Complaint, alleging ten causes of action, including a RICO conspiracy claim. (Doc. 62.)

2. Defendants, including the Moving Defendants, were served on different dates and have varying answer deadlines. *See* Docs. 93–102 (returns of service).

3. On July 22, 2025, Plaintiffs filed a Motion for Preliminary Injunction against Defendants CMG Pipelines, Inc. and Carmelo Gutierrez, including a Request for Expedited Discovery. (Doc. 86.)

4. The Moving Parties, through their respective undersigned counsel, have met and conferred and agree that good cause exists to consolidate and extend the Moving Defendants' respective deadlines to answer or otherwise respond to the First Amended Complaint, with reciprocal extensions for any required response thereto by Plaintiffs, and, subject to the Court's approval, would stipulate that:

   a. Each Moving Defendant shall answer or otherwise respond to the First Amended Complaint on or before **August 29, 2025**;

   b. Plaintiffs shall file any required opposition or responsive pleading on or before **October 29, 2025**; and

   c. The deadlines set forth above shall not affect the Plaintiffs' pending Motion for Preliminary Injunction and Request for Expedited

Discovery, and each of the Moving Parties reserves all rights with respect to those matters.

## INCORPORATED MEMORANDUM OF LAW

"District courts have 'unquestionable' authority to control their own dockets," including "broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014); *Chudasama v. Mazda Motor Corp*, 123 F.3d 1353, 1366 (11th Cir. 1997)). In exercising its broad discretion, a court may, for good cause, extend the deadline by which a party must respond to a pleading or motion. FED. R. CIV. P. 6(b)(1); *Desir v. LVNV Funding, LLC*, 2023 WL 374327, at *1 (M.D. Fla. Jan. 24, 2023).

In this case, extending and consolidating the Moving Parties' answer and response deadlines would facilitate the just and speedy resolution of this case, fairly accommodate all parties' schedules, and increase efficiency for the Court. This Joint Motion is made before the deadline to respond to the First Amended Complaint expires, seeks only a brief extension, and will result in a uniform briefing schedule.

WHEREFORE, the Moving Parties respectfully request that the Court grant this motion and order that:

a. Each Moving Defendant shall answer or otherwise respond to the First Amended Complaint on or before **August 29, 2025**;

b. Plaintiffs shall file any required opposition or responsive pleading on or before **October 29, 2025**; and

3

c. The deadlines set forth above shall not affect the Plaintiffs' pending Motion for Preliminary Injunction and Request for Expedited Discovery.

### LOCAL RULE 3.01(g) CERTIFICATION OF CONFERRAL

Each of the undersigned counsel for the Moving Parties hereby certifies that they have conferred and agree to the relief requested herein.

Dated:  July 30, 2025

Respectfully submitted,

*/s/ Thad Behrens*
Thad Behrens (*Pro hac vice*)
Jacob Fields (*Pro hac vice*)
Danielle Canfield Vorbrodt (*Pro hac vice*)
Carter Gantt (*Pro hac vice forthcoming*)
**Allen Overy Shearman Sterling US LLP**
2601 Olive Street, 17th Floor
Dallas, TX  75201
thad.behrens@aoshearman.com
jacob.fields@aoshearman.com
danni.vorbrodt@aoshearman.com
carter.gantt@aoshearman.com

-and-

William K. Hill
Florida Bar. No. 747180
Lauren V. Purdy
Florida Bar. No. 93943
Rebecca Maturo
Florida Bar. No. 1049429
**Gunster, Yoakley & Stewart, P.A.**

*/s/ C. Ryan Maloney*
Christopher Ryan Maloney
Florida Bar No. 652903
John P. Whelan
Florida Bar No. 1058589
**Shutts & Bowen, LLP**
1000 Riverside Ave Suite 800
Jacksonville, FL 32204
904-899-9954
rmaloney@shutts.com
jwhelan@shutts.com
nrust@shutts.com

-and-

Aliette D. Rodz
Florida Bar No. 173592
**Shutts & Bowen, LLP**
200 S Biscayne Blvd., Suite 4100
Miami, FL 33131
arodz@shutts.com

*Counsel for Defendant Andrew J. Mayer*

4

1 Independent Drive, Suite 2300
Jacksonville, FL 32202
whill@gunster.com
lpurdy@gunster.com
rmaturo@gunster.com

*Counsel for Plaintiffs*


*/s/ Scott P. Yount*
Scott P. Yount
Florida Bar No. 0021352
Christopher I. Hall
Florida Bar No. 1027998
**Garrison, Yount, Forte & Mulcahy, L.L.C.**
601 Bayshore Blvd., Suite 800
Tampa, FL 33606
syount@garrisonyount.com
chall@garrisonyount.com

-and-

Paul Politz (*Pro hac vice*)
Samantha Griffin (*Pro hac vice*)
**Taylor, Wellons, Politz & Duhe, LLC**
1555 Poydras Street, Suite 2000
New Orleans, LA 70112
ppolitz@twpdlaw.com
sgriffin@twpdlaw.com

*Counsel for Defendants CMG Pipelines, Inc. and Carmelo Gutierrez*

*/s/ Geddes D. Anderson, Jr.*
Geddes D. Anderson, Jr.
(Lead Counsel)
Florida Bar. No. 0138894
ganderson@murphyandersonlaw.com
Gerry A. Giurato
Florida Bar No. 0032548
ggiurato@murphyandersonlaw.com
**Murphy & Anderson, P.A.**
1501 San Marco Boulevard
Jacksonville, Florida 32207
(904) 598-9282 (phone)
(904) 598-9283 (fax)

*Counsel for Defendant Yellow Iron of America, LLC*


*/s/ Josh H. Roberts*
Josh H. Roberts
Florida Bar No. 042029
**Holland & Knight LLP**
50 North Laura Street
Suite 3900
Jacksonville, FL 32202
Ph. 904.353.2000
F. 904.358.1872
Joshua.Roberts@hklaw.com

*Lead Trial Counsel for Defendants David Kinsella, PE Pipelines, LLC, and Element 82, LLC*

*/s/ Ryan J. Mittauer*
Ryan J. Mittauer, Esq.
Robert George
**The Liles Firm, P.A.**
50 North Laura Street, Suite 1200
Jacksonville, Florida  32202
 (904) 634-1100 (phone)
 (904) 634-1234 (fax)
rmittauer@thelilesfirm.com
rgeorge@thelilesfirm.com

*Counsel for Ernie Brown and MHE Consulting & Construction Management (d/b/a "3B Plumbing")*


*/s/ Michael E. Lockamy*
Michael E. Lockamy
Florida Bar No. 69626
Email: mel@bedellfirm.com
John G. Woodlee
Florida Bar No. 0100990
Email: jgw@bedellfirm.com
**Bedell, Dittmar, DeVault, Pillans & Coxe, P.A.**
The Bedell Building
101 East Adams Street
Jacksonville, FL 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

*Counsel for L&O Contractors, LLC, Lauren Romero, and Odra Romero*

*/s/ Jeffrey S. York*
Jeffrey S. York (Lead Florida Counsel)
Florida Bar No. 987069
Noah M. Rust
Florida Bar No. 1059259
**Burr & Forman LLP**
50 North Laura Street, Suite 3000
Jacksonville, FL 32202
jyork@burr.com

-and-

James A. Janowitz (Pro hac vice forthcoming)
William L. Charron (Pro hac vice forthcoming)
**Pryor Cashman LLP**
7 Times Square, 40th Floor
New York, NY 10036
jjanowitz@pryorcashman.com
wcharron@pryorcashman.com

*Counsel for Crown Electrokinetics Corp., Doug Croxall, PE Pipelines, Inc., and Element 82, Inc.*

6

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2025, the foregoing document was electronically filed and served on all parties' counsel of record via the Court's CM/ECF system, and was also sent via electronic mail to each of the counsel indicated above.

*/s/ Thad Behrens*
Thad Behrens