**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| PURIS LLC AND MURPHY PIPELINE CONTRACTORS, LLC, | |
| *Plaintiffs*, | Case No. 3:25-cv-00157-TJC-PDB |
| v. | |
| ANDREW J. MAYER *et al.*, | |
| *Defendants*. | |

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF EMAIL ADDRESSES**

Robert B. George, Esq., John A. Carlisle, Esq. and Ryan J. Mittauer, Esq. of The Liles Firm, P.A. hereby give notice of their appearance as counsel of record for Defendants, Ernie Brown and MHE Consulting & Construction Management (d/b/a "3B Plumbing"), and request that copies of all pleadings, correspondence and documents filed in this case be served upon them as counsel for Defendants, Ernie Brown and MHE Consulting & Construction Management (d/b/a "3B Plumbing") at the address and emails listed below:

    Robert B. George, Esq.
    John A. Carlise, Esq.
    Ryan J. Mittauer, Esq.
    The Liles Firm, P.A.
    50 North Laura Street, Suite 1200
    Jacksonville, Florida 32202
    Primary Email(s):  rgeorge@thelilesfirm.com
                           jcarlisle@thelilesfirm.com
                           rmittauer@thelilesfirm.com

Secondary Email(s): aperry@thelilesfirm.com
jpayne@thelilesfirm.com

Dated: July 31, 2025

**THE LILES FIRM, P.A.**

*/s/ Robert B. George*
**ROBERT B. GEORGE, ESQ.**
Florida Bar No. 0108995
**JOHN A. CARLISLE, ESQ.**
Florida Bar No.: 0626716
**RYAN J. MITTAUER, ESQ.**
Florida Bar No.: 091869
50 North Laura Street, Suite 1200
Jacksonville, Florida 32202
(904) 634-1100 - Telephone
(904) 634-1234 – Facsimile
Primary Email(s): rgeorge@thelilesfirm.com
jcarlisle@thelilesfirm.com
rmittauer@thelilesfirm.com
Secondary Email(s): aperry@thelilesfirm.com
jpayne@thelilesfirm.com

*Attorneys for Defendants, Ernie Brown and MHE Consulting & Construction Management (d/b/a "3B Plumbing")*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2025, the foregoing document was electronically filed and served on all parties' counsel of record by electronic mail via the Court's CM/ECF system.

*/s/ Robert B. George*
**Attorney**

2