# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PURIS LLC AND
MURPHY PIPELINE
CONTRACTORS, LLC,

    *Plaintiffs*,

v.

ANDREW J. MAYER *et al.*,

    *Defendants*.

Case No. 3:25-cv-00157-TJC-PDB

## CONSENT MOTION TO EXTEND DEADLINES RELATED TO THE FIRST AMENDED COMPLAINT

Defendant, Todd Grafenauer ("Mr. Grafenauer"), by and through his undersigned counsel, files this Motion and respectfully request that the Court enter an order approving the consolidated deadlines as described below. In support of the Motion, Mr. Grafenauer states as follows:

1. On July 7, 2025, Plaintiffs filed the First Amended Complaint, alleging ten causes of action, including a RICO conspiracy claim. (Doc. 62.)

2. Mr. Grafenauer was served with Plaintiffs' First Amended Complaint on July 10, 2025.

3. The undersigned has met and conferred with Plaintiffs' counsel and agree that good cause exists to extend Mr. Grafenauer's deadline to answer or otherwise respond to the First Amended Complaint, with reciprocal extensions for

any required response thereto by Plaintiffs, and, subject to the Court's approval, would stipulate that:

a. Mr. Grafenauer shall answer or otherwise respond to the First Amended Complaint on or before **August 29, 2025**;

b. Plaintiffs shall file any required opposition or responsive pleading on or before **October 29, 2025**; and

c. The deadlines set forth above shall not affect the Plaintiffs' pending Motion for Preliminary Injunction and Request for Expedited Discovery, and Mr. Grafenauer reserves all rights with respect to those matters.

### INCORPORATED MEMORANDUM OF LAW

"District courts have 'unquestionable' authority to control their own dockets," including "broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014); *Chudasama v. Mazda Motor Corp*, 123 F.3d 1353, 1366 (11th Cir. 1997)). In exercising its broad discretion, a court may, for good cause, extend the deadline by which a party must respond to a pleading or motion. FED. R. CIV. P. 6(b)(1); *Desir v. LVNV Funding, LLC*, 2023 WL 374327, at *1 (M.D. Fla. Jan. 24, 2023).

In this case, extending and consolidating the specific deadlines as referenced above would facilitate the just and speedy resolution of this case, fairly accommodate all parties' schedules, and increase efficiency for the Court. This

Motion is made before the deadline to respond to the First Amended Complaint expires, seeks only a brief extension, and will result in a uniform briefing schedule.

WHEREFORE, Defendant, Todd Grafenauer, respectfully requests that the Court grant this motion and order that:

a. Mr. Grafenauer shall answer or otherwise respond to the First Amended Complaint on or before **August 29, 2025**;

b. Plaintiffs shall file any required opposition or responsive pleading on or before **October 29, 2025**; and

c. The deadlines set forth above shall not affect the Plaintiffs' pending Motion for Preliminary Injunction and Request for Expedited Discovery.

**LOCAL RULE 3.01(g) CERTIFICATION OF CONFERRAL**

The undersigned counsel for Defendant, Todd Grafenauer, hereby certifies that he has conferred with Plaintiffs' counsel, and Plaintiffs' counsel agrees to the relief requested herein.

Respectfully submitted,

Dated: July 31, 2025

MILAM HOWARD NICANDRI
& GILLAM, P.A.

By: */s/ W. Braxton Gillam, IV*
W. Braxton Gillam, IV (Lead Counsel)
Florida Bar No. 122076
Patrick W. Joyce
Florida Bar No. 85078
14 East Bay Street
Jacksonville, Florida 32202
Telephone: (904) 357-3660
Facsimile: (904) 357-3661
Primary: bgillam@milamhoward.com
Secondary: sphipps@milamhoward.com
Primary: pjoyce@milamhoward.com
Secondary: pmaas@milamhoward.com
Secondary: hdurham@milamhoward.com

*Counsel for Defendant Todd Grafenauer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2025, a copy of the foregoing has been electronically filed with the Clerk of the U.S. District Court, Middle District of Florida, via CM/ECF, and copies electronically delivered to the following:

Thad Behrens, Esq.     thad.behrens@aoshearman.com
Jacob Fields, Esq.     jacob.fields@aoshearman.com
Danielle Canfield Vorbrodt, Esq.     danni.vorbrodt@aoshearman.com
Carter Gantt, Esq.     carter.gantt@aoshearman.com
Allen Overy Shearman Sterling US LLP
2601 Olive Street, 17th Floor
Dallas, TX 75201
*Counsel for Plaintiffs*

William K. Hill, Esq.                     whill@gunster.com
Lauren V. Purdy, Esq.                     lpurdy@gunster.com
Rebecca Maturo, Esq.                      rmaturo@gunster.com
Gunster, Yoakley & Stewart, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
*Counsel for Plaintiffs*

Christopher Ryan Maloney, Esq.            rmaloney@shutts.com
John P. Whelan, Esq.                      jwhelan@shutts.com
Noah Rust, Esq.                           nrust@shutts.com
Shutts & Bowen, LLP
1000 Riverside Ave Suite 800
Jacksonville, FL 32204
*Counsel for Defendant Andrew J. Mayer*

Aliette D. Rodz, Esq.                     arodz@shutts.com
Shutts & Bowen, LLP
200 S Biscayne Blvd., Suite 4100
Miami, FL 33131
*Counsel for Defendant Andrew J. Mayer*

Jeffrey S. York                           jyork@burr.com
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
*Counsel for Defendant Andrew J. Mayer*

Scott P. Yount, Esq.                      syount@garrisonyount.com
Christopher I. Hall, Esq.                 chall@garrisonyount.com
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Blvd., Suite 800
Tampa, FL 33606
*Counsel for Defendants CMG Pipelines,
Inc. and Carmelo Gutierrez*

Paul Politz, Esq.                         ppolitz@twpdlaw.com
Samantha Griffin, Esq.                    sgriffin@twpdlaw.com
Taylor, Wellons, Politz & Duhe, LLC
1555 Poydras Street, Suite 2000
New Orleans, LA 70112
*Counsel for Defendants CMG Pipelines,
Inc. and Carmelo Gutierrez*

| | |
|---|---|
| Geddes D. Anderson, Jr., Esq.<br>Gerry A. Giurato, Esq.<br>Murphy & Anderson, P.A.<br>1501 San Marco Boulevard<br>Jacksonville, Florida 32207<br>*Counsel for Defendant Yellow Iron of America, LLC* | ganderson@murphyandersonlaw.com<br>ggiurato@murphyandersonlaw.com |
| Robert B. George, Esq.<br>The Liles Firm, P.A.<br>50 North Laura Street, Suite 1200<br>Jacksonville, Florida 32202<br>*Counsel for Defendant, MHE Consulting & Construction Management LLC* | rgeorge@thelilesfirm.com |
| Christopher Hall, Esq.<br>Garrison Yount Forte & Mulcahy LLC<br>601 Bayshore boulevard, Suite 800<br>Tampa, Florida 33606<br>*Counsel for Defendant, CMG Pipelines, Inc.* | chall@garrisonyount.com |
| Samantha P. Griffin, Esq.<br>Taylor, Wellons, Politz & Duhe APLC<br>1555 Poydras Street, Suite 2000<br>New Orleans, Louisiana 70112-4042<br>*Counsel for Defendant, CMG Pipelines, Inc.* | sgriffin@twpdlaw.com |

              */s/ W. Braxton Gillam, IV*
                  Attorney