**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PURIS LLC, et al.,

Plaintiffs,

v.

Case No. 3:25-cv-157-TJC-SJH

ANDREW J. MAYER, et al.,

Defendants.

---

**ORDER**

While in almost all cases there are two sides to every story, the Court's task on a motion to dismiss is to accept all of Plaintiffs' well-pleaded allegations as true. The Court has now reviewed in detail the First Amended Complaint and considered the eight different motions to dismiss addressed to it. On July 29, 2026, the Court held a lengthy hearing on the motions at which all parties were heard.

The First Amended Complaint is not a shotgun pleading; each Defendant has been satisfactorily apprised of the claims against them. Plaintiffs have plausibly alleged facts sufficient to state federal RICO and state law claims against each of the Defendants and complied with Rule 9(b) where required.

Accordingly, it is hereby

**ORDERED:**

1. Todd Grafenauer's Motion to Dismiss (Doc. 163); Defendant Yellow Iron of America, LLC's Motion to Dismiss First Amended Complaint (Doc. 165); David Kinsella, Element 82, LLC, and PE Pipelines, LLC's Motion to Dismiss (Doc. 166); Defendants Lauren Romero, Odra Romero, and L&O Contractors LLC's Motion to Dismiss First Amended Complaint (Doc. 167); Michael Pisch's Motion to Dismiss (Doc. 179); The Crown Defendants' Motion to Dismiss the Amended Complaint (Doc. 180); [CMG] Defendants' Motion to Dismiss Plaintiffs' First FAC (Doc. 182); and Defendant Andrew J. Mayer's Motion to Dismiss (Doc. 183) are **DENIED**. No later than **September 10, 2026**, Defendants must file an answer to the First Amended Complaint.[1]

2. Defendants Ernie Brown and MHE Consulting & Construction Management, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 178) is **MOOT**.

3. By separate Order, the Court will issue a Case Management and Scheduling Order (CMSO). Discovery is currently stayed, but the stay will be automatically lifted once the CMSO is issued.

---

[1] At the July 29, 2026, hearing, the CMG parties announced they reached a settlement in principle. If the parties file a notice of settlement before the September 10, 2026, deadline, the CMG parties need not answer.

4. Plaintiffs' Motion to Seal (Doc. 189) is **GRANTED**.

**DONE AND ORDERED** in Jacksonville, Florida the 5th day of August, 2026.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies to:

Counsel of record